IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMETRIUS NICKENS, </br></br>Plaintiff, </br></br>vs. </br></br>CHEX SYSTEMS, INC. and FIDELITY NATIONAL INFORMATION SERVICES, INC., </br></br>Defendants. | CIVIL ACTION FILE NO. </br>1:17-cv-00121-TWT-LTW |

## DEFENDANTS' MOTION TO DISMISS

Defendants Chex Systems, Inc. and Fidelity National Information Services, Inc. ("Defendants"), respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss this case for failure to state a claim upon which relief may be granted.  In further support of this Motion, Defendants respectfully submit the enclosed Memorandum of Law.

Respectfully submitted, this 17th day of January, 2017.

/s/John P. Jett
John P. Jett (GA Bar No. 827033)
Kathryn Isted (GA Bar No. 908030)

1

KILPATRICK TOWNSEND
 & STOCKTON LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500 (telephone)
(404) 815-6555 (facsimile)
jjett@kilpatricktownsend.com
kisted@kilpatricktownsend.com

*Counsel for Defendants*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 13 point Century Schoolbook font in accordance with Local Rule 5.1(C).

Dated: January 17, 2017

/s/John P. Jett
John P. Jett

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2017, I caused a copy of the foregoing to be served on Plaintiff by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

>Demetrius C. Nickens
>1670 Harbin Road, SW
>Atlanta, Georgia 30311

/s/John P. Jett
John P. Jett